QUIN DENVIR, Bar #49374
Federal Defender
LINDA C. HARTER, CA Bar #179741
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814  **OK/HAV**
Telephone: (916) 498-5700

Attorney for Defendant
RAUL JIMINEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. CR S 04-396 DFL |
| Plaintiff, ) | |
| ) | STIPULATION REQUESTING A PRE-PLEA |
| v. ) | PRESENTENCE REPORT; ORDER |
| ) | |
| RAUL JIMINEZ, ) | |
| ) | Date: May 12, 2005 |
| Defendant. ) | Time: 8:30 a.m. |
| ) | Judge: Hon. David F. Levi |
| _____ ) | |

     The parties, defendant Raul Jiminez, by and through his counsel, Linda C. Harter, and plaintiff United States of America, by and though Assistant U.S. Attorney Samuel Wong, jointly request that this Court issue an order authorizing the Probation Office to prepare a pre-plea presentence report.  The parties further stipulate that the status conference currently set for May 12, 2005 be vacated and reset for June 23, 2005 at which time the parties should have received the pre-plea presentence report.  Finally, the parties stipulate that the time between May 12, 2005 and June 16, 2005 be excluded under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4

1  to allow counsel for defendant reasonable time necessary for effective
2  preparation taking into account the exercise of due diligence.
3       The parties have engaged in negotiations regarding a resolution of
4  this case.  The parties have not been able to come to any agreement
5  regarding Mr. Jiminez's criminal history.  The case involves a prior
6  felony conviction from another state for which a sentence to "180/90"
7  and "90/30" "custody units" was imposed.  There were also "noncustody
8  units" imposed.  The parties cannot agree on how the probation office
9  or the Sentencing Guidelines should treat such a sentence.  The parties
10 believe that a pre-plea presentence report regarding these issues may
11 speed a resolution of this case or, at a minimum, clarify the issues
12 that should be addressed in a written agreement.  The parties also
13 believe that the information sought by a pre-plea presentence report is
14 necessary for defense counsel to adequately advise defendant of the
15 consequences of a guilty plea and will assist defense counsel in
16 investigating defendant's alleged prior criminal history.
17      Defense counsel will make sure that Probation is served with the
18 order.

19 Dated: May 10, 2005                  Respectfully submitted,

20                                      QUIN DENVIR
                                        Federal Defender
21
                                        /s/ Linda C. Harter
22                                      _____
                                        LINDA C. HARTER
23                                      Assistant Federal Defender
                                        Attorney for Defendant
24                                      RAUL JIMINEZ

25                                      MCGREGOR W. SCOTT
                                        United States Attorney
26
                                        /S/ Samuel Wong
27                                  By: _____
                                        SAMUEL WONG
28                                      Assistant U.S. Attorney

**ORDER**

**IT IS SO ORDERED.** The Court hereby authorizes the Probation Office to prepare a pre-plea report as set forth in the attached stipulation. The status conference for May 12, 2005 is vacated and ordered reset for June 23, 2005. The time between May 12, 2005 and June 23, 2005 will be excluded under the Speedy Trial Act pursuant to Local Code T4 and Title 18, United States Code, Section 3161(h)(8)(B)(iv). The Court specifically finds that a continuance is necessary to give counsel for the defendant reasonable time to prepare in this matter. The Court further finds that the ends of justice served by the granting of this continuance outweigh the interests of the public and the defendant in a speedy trial.

Dated: 5/11/2005

DAVID F. LEVI
United States District Judge

3