McGREGOR W. SCOTT
United States Attorney
SAMUEL WONG
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2772

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,           ) | |
| ) | CR. NO. S-04-396-DFL |
| Plaintiff,           ) | |
| ) | ORDER RE:  APPLICABILITY OF |
| v.           ) | U.S.S.G. § 3C1.2 |
| ) | |
| RAUL JIMINEZ,           ) | Previous Evidentiary Hearing On |
| ) | October 31, 2005 |
| Defendant.           ) | |
| _____ ) | Court:  Hon. David F. Levi |

On October 31, 2005, the Court held an evidentiary hearing on the contested sentencing issue whether defendant Raul Jiminez recklessly created a substantial risk of death or serious bodily injury to another person in the course of attempting to flee in his automobile from a law enforcement officer within the meaning of U.S.S.G. § 3C1.2. Assistant United States Attorney Samuel Wong appeared for plaintiff United States of America.  Gilbert Roque, Esq., appeared with defendant Jiminez.

The Court heard the testimony of witnesses, reviewed exhibits admitted into evidence, and considered the argument of each party. Based on the foregoing, and good cause appearing therefrom, the Court finds by clear and convincing evidence that the two-level sentencing enhancement in U.S.S.G. § 3C1.2 applies to Jiminez for

the reasons stated by the Court at the evidentiary hearing as contained in the attached transcript of the Court's ruling. Specifically, the Court finds by clear and convincing evidence that Jiminez recklessly created a substantial risk of death or serious bodily injury to former Tehama and Glen Methamphetamine Enforcement Team ("TAGAMET") Agents David Kain and Joe Hendrix in the course of attempting to flee in his automobile from law enforcement officers within the meaning of U.S.S.G. § 3C1.2.

Dated: 12/2/2005

_____
DAVID F. LEVI
United States District Judge